**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 19-60952-CIV-UNGARO

THE NORTH FACE APPAREL CORP.,
TBL LICENSING LLC,
JANSPORT APPAREL CORP., and
ICEBREAKER LIMITED,

    Plaintiffs,

vs.

AOTHENORTHFACE.COM, *et al.*,

    Defendants.

                                       /

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs, The North Face Apparel Corp., TBL Licensing LLC, Jansport Apparel Corp., and Icebreaker Limited ("Plaintiffs"), by and through their undersigned counsel, hereby request that the Clerk enter default in this matter against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" hereto (collectively "Defendants") on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. (Declaration of Stephen M. Gaffigan in Support of Plaintiffs' Request for Clerk's Entry of Default ("Gaffigan Decl.") ¶ 6, filed concurrently herewith.)

On May 2, 2019 and May 3, 2019, Defendants were served with their respective Summons and copy of the Complaint via electronic mail ("e-mail") and via website posting pursuant to the Court's Order authorizing alternate service of process. (Gaffigan Decl. ¶ 3; see ECF No. 31-1, 31-2 and 31-3, Affidavits of Service on file with the Court.)

Time allowed for Defendants to respond to the Complaint has expired. (Id. at ¶ 4.) Neither Plaintiff nor the Court has granted the Defendants an extension of time to respond to the Complaint. (Id. at ¶ 5.) Defendants have failed to answer or otherwise respond to the Complaint,

or serve a copy of any Answer or other response upon Plaintiff's attorneys of record. (Id. at ¶ 6.) Plaintiffs are informed and believe that Defendants could be considered infants or incompetent persons. (Id. at ¶ 7.) Plaintiffs are informed and believe that the Servicemembers Civil Relief Act does not apply.  (Id.)

      WHEREFORE, Plaintiffs, The North Face Apparel Corp., TBL Licensing LLC, Jansport Apparel Corp., and Icebreaker Limited, hereby request that default be entered against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" hereto.

DATED: May 28, 2019          Respectfully submitted,

                          STEPHEN M. GAFFIGAN, P.A.

                          By: /*Stephen M. Gaffigan/*
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez(Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net

Attorneys for Plaintiffs

**SCHEDULE "A"**

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | aothenorthface.com |
| 2 | kicrbvi.site |
| 3 | northfacecostly.com |
| 4 | northfacejackets.org |
| 5 | northface2018.us |
| 6 | northface-coats.us |
| 7 | northfacejackets2018.us |
| 8 | northfacemontoutlet.com |
| 9 | northface-online.us |
| 10 | northfacesale.club |
| 11 | northface-outletonline.us |
| 12 | northface-shop.us |
| 13 | thenorthface.lol |
| 14 | thenorthface-cheap.com |
| 15 | thenorthfaceeuropean.com |
| 16 | thenorthfaceinuk.com |
| 17 | thenorthface-jp.online |
| 18 | thenorthfaceoutletuk.uk |
| 19 | thenorthfacetw.com |
| 20 | 4mconstructioninc.com |
| 21 | allsafeinspection.ca |
| 22 | bagssimple.com |
| 23 | bestshinglesales.com |
| 24 | blackdogenergyservices.com |
| 25 | blogsemprendedores.com |
| 26 | bluray-muenchen.de |
| 27 | brcaandbeyond.com |
| 28 | cenangi.com |
| 29 | chikichuelas.es |
| 30 | dinamo-nrg.com |
| 31 | elmagicteam.es |
| 32 | fiwareassociation.com |
| 33 | fricoice.com |
| 34 | gemelliinarte.com |
| 35 | ghostorchidcafe.com |
| 36 | growingupgolem.com |
| 37 | guarapoymelao.com |
| 38 | hausaerzte-ffh.de |
| 39 | hayneskid.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 40 | hercebeuygun.com |
| 41 | justinagioia.com |
| 42 | karshprecision.com |
| 43 | kendellandscaping.com |
| 44 | latinabroadcasters.com |
| 45 | lehighamaranth.com |
| 46 | marbsboatparties.com |
| 47 | mattellrod.com |
| 48 | michelesarzana.com |
| 49 | optionschart101.com |
| 50 | patisserie-landerneau.fr |
| 51 | properties-homes.com |
| 52 | qtandc.co.uk |
| 53 | reformas-jluque.es |
| 54 | rollifechten-heidelberg.de |
| 55 | reidies-boettcher.de |
| 56 | skylightcs.com |
| 57 | straightspousenetwork.co.nz |
| 58 | soframediterane.com |
| 59 | smithmountainlakere.com |
| 60 | stoswaldslifelist.co.uk |
| 61 | thebluehorsewaco.com |
| 62 | thenorthfacetoyou.com |
| 63 | thewildhuntpdx.com |
| 64 | tnfsale.xyz |
| 65 | travelwithronk.com |
| 66 | umweltakademie-blog.com |
| 67 | vivianaisca.com |
| 68 | yfbay.com |
| 69 | restauranteelcarmen.es |
| 70 | auto-reparaturwerkstatt-hans-rostig.de |
| 71 | nulyftervifritids.se |
| 72 | instalacionesmurcia.com |
| 73 | estadaodanoticia.com |
| 74 | cdrayosevillalanueva.es |
| 75 | aiken-food.com |
| 76 | emmozapata.com |
| 77 | dpsg-erkrath.de |
| 78 | brandshoesstore.com |
| 79 | blattgold-blumenwerkstatt.de |
| 80 | allianz-wittke.de |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 81 | mendonomatv.com |
| 82 | mysteryrails.com |
| 83 | cornishbooks.co.uk |
| 84 | sanguinet-jazz-band.com |
| 85 | powderriverband.com |
| 86 | faithrealtygroup.com |
| 87 | gpneumaticos.com |
| 88 | poollinershq.com |
| 89 | busimmlaw.com |
| 90 | mcewenlabs.com |
| 91 | podhalaner-uhlenburg.de |
| 92 | campus-bel.de |
| 93 | istanbulcatici.com |
| 94 | drivinglessonsfreeofcharge.co.uk |
| 95 | hairsimulationclinic.co.uk |
| 96 | uelbc.co.uk |
| 97 | boletineselectricoszaragoza.es |
| 98 | weekout.fr |
| 99 | motusadvertising.com |
| 100 | susanleebooks.com |
| 101 | rozelstyles.com |
| 102 | lutheranchurchmtpocono.org |
| 103 | masterchef-wgc.co.uk |
| 104 | jorgezunicatello.es |
| 105 | fjelltun-hytteutleie.com |
| 106 | solutiongroupbd.com |
| 107 | edgeptf.com |
| 108 | limpiatotal.com |
| 109 | oriolripol.com |
| 110 | bugambiliarealty.com |
| 111 | teamaaronwilliams.com |
| 112 | firstchoice-home.com |
| 113 | jes-design.com |
| 114 | louissegre.com |
| 115 | x-bioage.com |
| 116 | jamesrivercabins.com |
| 117 | mrdssnowcones.com |
| 118 | woofstockandwieners.com |
| 119 | sunseekerstans.com |
| 120 | affirm-consulting.com |
| 121 | dockerypark.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 122 | pawinprint.com |
| 123 | mt-selwyn-au.com |
| 124 | impactdsi.com |
| 125 | kerrenergycompanies.com |
| 126 | ourhealthourlives.com |
| 127 | evakristinakupper.com |
| 128 | workshopboulder.com |
| 129 | eatatjacks.co.uk |
| 130 | traderoutdoors.com |
| 131 | cigarfrogsmidland.com |
| 132 | catamelt.com |
| 133 | nevadazatarasavannahs.com |
| 134 | drjeffreyjpenso.com |
| 135 | topofutahspas.com |
| 136 | dzairsat.com |
| 137 | torroxbeachrentals.com |
| 138 | liebesschuhe.com |
| 139 | bestesty.com |
| 140 | nbatoyou.com |
| 141 | purelightsstudio.com |
| 142 | media-portrait.de |
| 143 | gesamtschule-pritzwalk.de |
| 144 | shahrokhi.me |
| 145 | beioioer.site |
| 146 | beiverio.xyz |
| 147 | beiversa.site |
| 148 | beibioux.site |
| 149 | beiunwco.xyz |
| 150 | beicoicv.site |
| 151 | lanetaplin.com |
| 152 | marshdoc1.com |
| 153 | passivhausungarn.com |
| 154 | tempohomefurnishings.com |
| 155 | flycenter-allgaeu.de |
| 156 | bewerbungsautorin.de |
| 157 | gartencenter-luedemann.de |
| 158 | hohenfelsbiker.de |
| 159 | suedbusse.de |
| 160 | ridethelightningnc.com |
| 161 | tnfs.live |
| 162 | notxp.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 163 | emmyswiden.se |
| 164 | collectiond.shop |
| 165 | collectionf.shop |
| 166 | pgkhpsda.site |
| 167 | beimersi.us |
| 168 | beimerie.us |
| 169 | northfacerebajas.es |
| 170 | topcatmodel.co.nz |
| 171 | martytopps.ca |
| 172 | russianvirginia.com |
| 173 | sgtprogramme.fi |
| 174 | elcedrorojo.com.mx |
| 175 | bogdannowak.pl |
| 176 | mixtup.se |
| 177 | thenorthfacede.de |
| 178 | auto-dimi.de |
| 179 | l2zodiacus.es |
| 180 | hovawart-kalsinus.de |
| 181 | takkionline.fi |
| 182 | warmupsale.co |
| 183 | northfaceale.fi |
| 184 | coachingconsulting.es |
| 185 | klubpracyrodzica.pl |
| 186 | tnfresolve.es |
| 187 | offroadales.cz |
| 188 | northfaceoutlet.fr |
| 189 | griyasoftware.com |
| 190 | poradniaszczecin.pl |
| 191 | tnfjakkeudsalg.com |
| 192 | motodesinfo.fr |
| 193 | nadinefeil.de |
| 194 | northfacesale.de |
| 195 | gewerbe-meckenheim.de |
| 196 | byggbloggar.se |
| 197 | shdopaper.site |
| 198 | north-face.cc |
| 199 | thenorthface-outlet.es |
| 200 | northfacesoldes.com |
| 201 | thenorthface-jackets.com |
| 202 | makintimeclocks.com |
| 203 | billigetimberlandudsalg.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 204 | blacktimberlandshoes.com |
| 205 | botatimberlandportugal.com |
| 206 | cheapuktimberland.com |
| 207 | deridentimberlandbot.com |
| 208 | discountedtimberlandboots.com |
| 209 | mytimberlands.com |
| 210 | metimberlandshop.com |
| 211 | newtimberlandcheap.com |
| 212 | nuevastimberlandbaratas.com |
| 213 | pinktimberlandboots.co.uk |
| 214 | salditimberlandscontate.com |
| 215 | rolltoptimberlands.com |
| 216 | timberland0boots.com |
| 217 | timberland2018.com |
| 218 | timberland2boots.com |
| 219 | timberland4boots.com |
| 220 | timberland6.com |
| 221 | timberland6inch.net |
| 222 | timberland7s.com |
| 223 | timberlandaboots.com |
| 224 | timberlandaustralia.net |
| 225 | timberlandaushop.com |
| 226 | timberlandbakancsoutlet.com |
| 227 | timberlandbootsoutlets.us |
| 228 | timberlandboots2018.us |
| 229 | timberlandbotas.com |
| 230 | timberlandcizmero.com |
| 231 | timberlandcheapboots.com |
| 232 | timberlandclearance.co.uk |
| 233 | timberlandeboots.com |
| 234 | timberlandebotas.shop |
| 235 | timberlandcom.us |
| 236 | timberlandesaldi.shop |
| 237 | timberlandesale.shop |
| 238 | timberlandescarpe.com |
| 239 | timberlandfactory.net |
| 240 | timberlandeschuhe.com |
| 241 | timberlandfinland.com |
| 242 | timberlandforhandler.com |
| 243 | timberlandforsaleca.com |
| 244 | timberlandgood.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 245 | timberlandgreece.net |
| 246 | timberlandgroveton.com |
| 247 | timberlandhrvatska.com |
| 248 | timberlandieftine.com |
| 249 | timberlandkaufen.net |
| 250 | timberlandkengatsale.com |
| 251 | timberlandkillington.com |
| 252 | timberlandkorting.com |
| 253 | timberlandlowprice.us |
| 254 | timberlandmode.com |
| 255 | timberlandoblecenie.com |
| 256 | timberlandonlinejp.com |
| 257 | timberlandonsale.com |
| 258 | timberlandoutlet4uk.com |
| 259 | timberlandoutletonlinestore.com |
| 260 | timberlandoutletgreece.com |
| 261 | timberlandproboots.net |
| 262 | timberlandpanett.com |
| 263 | timberlandprobootsuk.co.uk |
| 264 | timberlandpro.us |
| 265 | timberlands-belgique.com |
| 266 | timberlands-boots.org |
| 267 | timberlandsboots.us |
| 268 | timberlandshoessaleuk.co.uk |
| 269 | timberlandsbootsoutlet.us |
| 270 | timberlands-italia.com |
| 271 | timberland-shoes.us |
| 272 | timberlandsireland.com |
| 273 | timberlandslovakia.com |
| 274 | timberlandsonsale.com |
| 275 | timberlandsouth-africa.online |
| 276 | timberlandsshoe.com |
| 277 | timberlandstoyou.com |
| 278 | timberlandtilbudsalg.com |
| 279 | timberlandtimberland.com |
| 280 | timberlandtofrance.com |
| 281 | timberlandturkiyemagazalari.com |
| 282 | timberlanduitverkoop.com |
| 283 | timberlandworkboots.us |
| 284 | tobuytimberland.com |
| 285 | ucuztimberlandindirim.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 286 | timberlandboots.cc |
| 287 | uktimberlandukboots.com |
| 288 | suchmaschinchen.de |
| 289 | etsi-med.de |
| 290 | granbytower.com |
| 291 | 2019timberlandboots.com |
| 292 | ggtimberlandshop.com |
| 293 | timberland.family |
| 294 | timberlandbotucuz.com |
| 295 | timberlandclassicboots.com |
| 296 | timberlandfiyat.biz |
| 297 | timberlandindirim.biz |
| 298 | timberlandsromania.com |
| 299 | timberlandskosalg.com |
| 300 | timberlandvon.com |
| 301 | cheapbeta.com |
| 302 | onlinesshoe.com |
| 303 | timberlandpromotion.com |
| 304 | arlineerdrich.com |
| 305 | converseshoesonlineuk.com |
| 306 | lachutesubaru.com |
| 307 | mallorcacoworking.es |
| 308 | loboslifestyle.es |
| 309 | oktimberland.cc |
| 310 | markenschuheshops.de |
| 311 | timberlandshoesoutlet.us |
| 312 | woodsmash.de |
| 313 | crosscab.co.uk |
| 314 | sneakers-onsale.com |
| 315 | dalyanharmony.com |
| 316 | geniops.es |
| 317 | publivisualmarketing.ca |
| 318 | timberlandbootsoutletonline.com |
| 319 | alimahdi.ca |
| 320 | thepinkelephants.es |
| 321 | mediabank.es |
| 322 | asociacion-talents.es |
| 323 | setnova.es |
| 324 | torontocyclechic.ca |
| 325 | wiime.fr |
| 326 | woozor.es |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 327 | wpconvert.ca |
| 328 | peihsc.ca |
| 329 | duitgames.es |
| 330 | nightlyknitter.ca |
| 331 | cheaptimberlandscanada.ca |
| 332 | michaelanthonyssalonandspa.ca |
| 333 | lesing.es |
| 334 | movii.es |
| 335 | promusicagandia.es |
| 336 | cvlosvillaresdearganda.es |
| 337 | auladeconsumo.es |
| 338 | dollmagazine.es |
| 339 | timberlandoutlet.co |
| 340 | bridalstopandevents.com |
| 341 | chewlips.co.uk |
| 342 | babiacreative.es |
| 343 | paintproject.es |
| 344 | dwfenton.ca |
| 345 | timberlandshoes-outlet.us |
| 346 | theotherjesus.com |
| 347 | timberlandshoesschweiz.ch |
| 348 | baronequipment.ca |
| 349 | yonotengounbarcenas.es |
| 350 | peacocktrattoria.com |
| 351 | kimhoip.com |
| 352 | odonnellwinery.com |
| 353 | cybergnomes.ca |
| 354 | cliffantique.ca |
| 355 | littlevalleyimages.com |
| 356 | cupphudson.com |
| 357 | giso.es |
| 358 | ibelfasthostel.com |
| 359 | ramblingamblin.net |
| 360 | golffactor.ca |
| 361 | royamotion.com |
| 362 | blogsciencefiction.com |
| 363 | ebenimleben.com |
| 364 | elenaabgallery.com |
| 365 | hemingway-run.com |
| 366 | susettehorspool.com |
| 367 | timberlandboots.co |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 368 | truckerguardian.com |
| 369 | webgouteur.com |
| 370 | ykbuzz.ca |
| 371 | dybrecipes.com |
| 372 | gbtindustrialgroup.com |
| 373 | jualdubia.com |
| 374 | papistres.com |
| 375 | timberlandbootsforwomen.us |
| 376 | timberlandsfr.com |
| 377 | persianas-jb.com |
| 378 | 450hypotheque.ca |
| 379 | alpinadriversclub.com |
| 380 | nurkabel.com |
| 381 | ashevilleobgyn.com |
| 382 | northwayscion.com |
| 383 | karavanfestival.com |
| 384 | ggpollock.com |
| 385 | diorestaurant.com |
| 386 | evanbrennanphoto.com |
| 387 | accelcarservice.com |
| 388 | coredeforcemma.com |
| 389 | lanzarote-padi.com |
| 390 | mtnprestige.com |
| 391 | georgecolliasauctions.com |
| 392 | pinalmtinn.com |
| 393 | crabtreecommunity.com |
| 394 | djburg.com |
| 395 | emota-rock.com |
| 396 | ferienwohnungsailer.com |
| 397 | yomesumo.es |
| 398 | juwelierduisburg.com |
| 399 | runandrewrun.com |
| 400 | acpjenkins.com |
| 401 | bungalowlahuaca.com |
| 402 | karizmashep.com |
| 403 | sarangihouseboat.com |
| 404 | thehandymanjobsite.com |
| 405 | theprettypineappleco.ca |
| 406 | dynamiska-finanser.com |
| 407 | getcool.ca |
| 408 | cherishhealthclinic.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 409 | crackonlineexam.org |
| 410 | gabyassociates.ca |
| 411 | doulart.com |
| 412 | madeincemre.com |
| 413 | menomoniearcheryclub.org |
| 414 | nasu-tomarigi.com |
| 415 | qcorporate.org |
| 416 | womenoutreachtexas.org |
| 417 | 1batdongsan.com |
| 418 | okanagantrendwest.com |
| 419 | revivalchannel.org |
| 420 | slighhouse.com |
| 421 | sunbearoutrreach.org |
| 422 | claimfoodscom.es |
| 423 | arahouserenovations.com |
| 424 | basictakeactiontips.com |
| 425 | billigesportsskodk.com |
| 426 | inspiredcanvasphoto.com |
| 427 | thainada.ca |
| 428 | timbelandshoes.com |
| 429 | timberlandsejlersko.com |
| 430 | yegpride.ca |
| 431 | timberlandskoforhandler.com |
| 432 | diamondgroupwood.com |
| 433 | herbeapoux.com |
| 434 | letrasdesofa.com |
| 435 | kozidesigns.com |
| 436 | pes-nostalgie.com |
| 437 | theabu.com |
| 438 | timbelandboots.com |
| 439 | tyken132.com |
| 440 | musiccompany-band.de |
| 441 | z-aseguranzas.com |
| 442 | drimnaghforum.com |
| 443 | ftmyersmma.com |
| 444 | murale123.ca |
| 445 | scrapyardcritters.com |
| 446 | gottliebpens.com |
| 447 | generalpowerwashing.com |
| 448 | barlangrajz.com |
| 449 | webmasterchewy.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 450 | pondprosllc.com |
| 451 | fnsdelivers.com |
| 452 | freedomlifeworld.com |
| 453 | nogizaka-aroma.com |
| 454 | tonysavino.ca |
| 455 | dorothyjarvis.ca |
| 456 | duplex-club.com |
| 457 | eastminsterlex.org |
| 458 | glow-ball.ca |
| 459 | hittlefineart.com |
| 460 | naginsjewelry.com |
| 461 | noremission.com |
| 462 | timberiand6inch.com |
| 463 | timberiandforyou.com |
| 464 | sarisaville.com |
| 465 | shoesdesignersaleuk.com |
| 466 | c-fasquel.com |
| 467 | notsen.com |
| 468 | petronelaputri.com |
| 469 | roshaninfotech.com |
| 470 | timberlandboots.us |
| 471 | tim-berland.com |
| 472 | timber1and.com |
| 473 | vicenzabaptist.org |
| 474 | jimediasolution.com |
| 475 | brotherhood-guilde.com |
| 476 | fakteur.com |
| 477 | godemployed.org |
| 478 | indoorairsolutionslv.com |
| 479 | movimentopopolarecristiano.org |
| 480 | piano-party.com |
| 481 | rejoicefellowshipsd.org |
| 482 | gucbizde.com |
| 483 | justviphot.online |
| 484 | mallhotvip.online |
| 485 | alongshop.net |
| 486 | chaussures-des-soldes.com |
| 487 | buffethoradebrincar.com |
| 488 | woodenleg.me |
| 489 | softdownloadgame.club |
| 490 | missionbanhmi.com |

| Defendant Number | Defendant / Domain Name |
|---|---|
| 491 | vinterskosalg.com |
| 492 | dunk2010.com |
| 493 | theeternalblog.com |
| 494 | stacielatreillefineart.com |
| 495 | cayudad.com |
| 496 | youdontknowquack.com |
| 497 | reclaimedwoodwalls.com |
| 498 | russelltrustbd.com |
| 499 | gourmetheartsoflove.com |
| 500 | grimmtalegames.com |
| 501 | eastpezaini.online |
| 502 | newouterwearoutlet.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true copy of the foregoing was served this 28th day of May 2019, via e-mail to the e-mail addresses at which Defendants were served and via website posting by posting a true and accurate copy of the following document(s) on the website http://servingnotice.com/vfc33r/index.html.

                                                                                                  s:/*Stephen M. Gaffigan/*
                                                                                                  Stephen M. Gaffigan